No. 911, Misc.  EWING *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 916, Misc.  BLYDEN *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 918, Misc.  MAGGIO *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 919, Misc.  BALES *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 922, Misc.  BELTOWSKI *v.* MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 923, Misc.  SNOWDEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 927, Misc.  WHEATON *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT, ET AL.  Sup. Ct. Cal. Certiorari denied.

No. 931, Misc.  BERNHARDT *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 934, Misc.  CAVE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Herbert S. Siegal* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 945, Misc.  OSTROWSKI *v.* MANBECK.  C. A. D. C. Cir.  Certiorari denied.  *Seymour J. Spelman* for respondent.